UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Cicarelli,
    *Plaintiff,*

    *v.*

Commercial Recovery System, Inc., et al,
    *Defendants.*

Civil No. 3:11cv1187 (JBA)

ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Counsel reported that this matter has been resolved and that no further action in this matter is required.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may do so on or before November 14, 2011.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

The Court appreciates the efforts of counsel in resolving this matter. The Clerk is directed to close this case.

                IT IS SO ORDERED.

                /s/_____
                Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 13th day of October 2011.