UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN CICARELLI,        ) | CIVIL ACTION NO. |
|     Plaintiff        ) | 3:11-CV-1187 (JBA) |
|             ) | |
| v.        ) | |
|             ) | |
| COMMERCIAL RECOVERY SYSTEMS, INC., ) | |
| and CITIFINANCIAL AUTO, LTD.,        ) | |
|     Defendant        ) | OCTOBER 20, 2011 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule Rule 41(a)(1)(A)(i), the plaintiff, John Cicarelli, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

        Plaintiff, John Cicarelli

        By/s/Daniel S. Blinn
        Daniel S. Blinn  (ct02188)
        Consumer Law Group, LLC
        35 Cold Spring Road, Suite 512
        Rocky Hill, CT  06067
        (860) 571-0408
        Fax: (860) 571-7457
        dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 20th day of October, 2011, a copy of foregoing Notice of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/Daniel S. Blinn
        Daniel S. Blinn